UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOUGLAS TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN BARTH, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1736 KJM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 6. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 23, 2023 (ECF No. 6), are adopted in full;

2. This matter is remanded to the San Joaquin County Superior Court; and

3. The Clerk of the Court is directed to mail a certified copy of the order to remand to the clerk of the San Joaquin County Superior Court and close this case.

DATED: February 14, 2024.

CHIEF UNITED STATES DISTRICT JUDGE